BANK OF AMERICA, N.A., USA, Respondent, v RESA R. FRIEDMAN, Appellant.

Submitted November 26, 2007; decided January 10, 2008

Reported below, 44 AD3d 696.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

RUCHAMA GAMIEL, Appellant, v CURTIS & RIESS-CURTIS, P.C., et al., Respondents. (And a Third-Party Action.)

Submitted November 26, 2007; decided January 10, 2008

Reported below, 44 AD3d 327.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

GML, INC., et al., Appellants, v CINQUE & CINQUE, P.C., et al., Respondents.

Submitted December 3, 2007; decided January 10, 2008

Reported below, 35 AD3d 195.

Motion for reargument denied with $100 costs and necessary reproduction disbursements [see 9 NY3d 949 (2007)].

In the Matter of JULIA BB. and Others, Children Alleged to be Severely Abused, Repeatedly Abused, Abused and/or Neglected. SARATOGA COUNTY DEPARTMENT OF SOCIAL SERVICES, Appellant; DIANA BB., Respondent. (Proceeding No. 1.)

In the Matter of JULIA BB. and Others, Children Alleged to be Severely Abused, Repeatedly Abused, Abused and/or Neglected. SARATOGA COUNTY DEPARTMENT OF SOCIAL SERVICES, Appellant; FRANCIS BB., Respondent.

Submitted December 31, 2007; decided January 10, 2008

Reported below, 42 AD3d 208.

Motion by the Cattaraugus County Department of Social Services et al. for leave to appear amici curiae on the motion for leave to appeal herein dismissed as untimely (*see* Rules of Ct of Appeals [22 NYCRR] § 500.23 [a] [3]).

---

YAAKOV KANOVSKY, Appellant, v MONTEFIORE MEDICAL CENTER et al., Respondents.

Submitted December 3, 2007; decided January 10, 2008

Reported below, 40 AD3d 938.

Motion for reargument of motion for leave to appeal denied [*see* 9 NY3d 940 (2007)].

---

In the Matter of ROMAN KEVILLY, Appellant, v ALAN L. HONOROF, as Judge of the Court of Claims of the State of New York, et al., Respondents.

Submitted December 3, 2007; decided January 10, 2008

Reported below, 2007 NY Slip Op 76100(U).

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

---

In the Matter of WILLIAM R. LIGHTBODY, Appellant, v IRENE LIGHTBODY, Respondent.

Submitted December 10, 2007; decided January 10, 2008

Reported below, 42 AD3d 537.

Motion for leave to appeal denied with $100 costs and necessary reproduction disbursements. Motion for a stay dismissed as academic.

---

MUNICIPAL TESTING LABORATORY, INC., Respondent, v ALEKSANDR BROM et al., Appellants.

Submitted November 19, 2007; decided January 10, 2008

Reported below, 38 AD3d 862; 2007 NY Slip Op 80194(U).